**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION**

UNITED STATES OF AMERICA      §
                                §
     v.                         §         7:25-cr-1278-2

ABRAHAM GUADALUPE RUIZ-MARTINEZ

**NOTICE OF INTENT TO PLEAD GUILTY**

To the Honorable Judge of Said Court:

COMES NOW, ABRAHAM GUADALUPE RUIZ-MARTINEZ, Defendant in this case, by and through Defendant's undersigned attorney, and respectfully gives notice that he intends to plead guilty to Count 2 of the indictment pursuant to a plea agreement with the government.

His pretrial hearing is not scheduled until July 31. However, the plea agreement requires that Mr. Ruiz plead guilty within 45 days of his May 20 arrest in order to qualify for the early-disposition points, so by July 3. Furthermore, there is a deposition deadline on July 8. Moreover, undersigned counsel is scheduled to be traveling starting July 1, but is currently available before then.

Respectfully submitted,

*s/Christopher Sully*

CHRISTOPHER SULLY
Attorney-in-Charge
Southern District of Texas 1119552
Texas State Bar No. 24072377
LAW OFFICE OF CHRIS SULLY
5804 N. 23rd St.
McAllen, TX 78504
Tel.: (956) 413-7271
Fax: (888) 990-1525

csully@sullylaw.com

## CERTIFICATE OF SERVICE

On June 24, 2025, this notice was served via ECF on all counsel of record.

*s/Christopher Sully*
CHRISTOPHER SULLY